# *UNITED STATES DISTRICT COURT*
***for the***
***District of Rhode Island***

***Case No. CR06-63ML***

***To: SIEA AT SUFFOLK***

YOU ARE HEREBY COMMANDED, to have the **body** of **LUIS ANTONIO BAUTISTA-MEJIA**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Lincoln D. Almond**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **9:00 o'clock a.m.**, on the **15th** day of **May, 2006**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

RECEIVED
MAY 12 2006 JT
US MARSHALS
RHODE ISLAND

WITNESS the Honorable **Lincoln D. Almond**

United States Magistrate Judge at Providence, RI
Dated: May 12, 2006.

David A. DiMarzio, Clerk

ARRAIGNMENT scheduled for 3 p.m. Must be interviewed by Pretrial Services prior to arraignment.

*by* ________________
***Jeannine Theall - Deputy Clerk***