AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF Rhode Island

## APPEARANCE

U.S.

v.

Luis Antonio Bautista-Pimentel

Case Number: CR 06-63ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

the defendant,
Luis Antonio Bautista-Pimentel

I certify that I am admitted to practice in this court.

5-15-06
Date

Signature

Edward C. Roy Jr.
Print Name | Bar Number

10 Weybossett Street, Suite 300
Address

Providence | RI | 02903
City | State | Zip Code

(401) 528-4281 | (401) 528-4285
Phone Number | Fax Number