**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-63-01ML** |
| | ) | |
| **LUIS ANTONIO BAUTISTA-MEJIA** | ) | |

## MOTION FOR CONTINUANCE OF TRIAL

Now comes the accused, Luis Antonio Bautista-Mejia, by and through his counsel, and moves this Honorable Court to continue the trial of this matter to the Court's August trial calendar. As required by the Pretrial Discovery Order: The time requested under this motion should be deemed excludable under the Speedy Trial Act, 18 USC § 3161(h)(8).

The exclusion of a period of thirty (30) days in this matter will allow counsel for the accused to fully research and investigate the defendant's immigration file.

The Government and public will not be prejudiced by the delay, but will be benefitted by the assurance that the criminal justice system is dedicated to fairness for all parties. As such, the interests of justice in allowing this excludable time outweigh the interests of the public and the defendant in a speedy trial.

The Government, through AUSA James Leavey, has stated it has no objection to this requested continuance.

Respectfully submitted
Luis Antonio Bautista-Mejia
By his attorney,

Edward C. Roy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

**CERTIFICATION**

I hereby certify that I hand-delivered a copy of this motion, to James Leavey, Assistant United States Attorney, on June 13, 2006.