45090

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

LUIS ANTONIO BAUTISTA-MEJIA
a/k/a Rodolfo de Jesus Bautista-Pimental
a/k/a Rodolfo Bautista Cordero
a/k/a Enrique Arturo Pena

**WARRANT FOR ARREST**

CASE NUMBER: CR06-63ML

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest LUIS ANTONIO BAUTISTA-MEJIA
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

RE-ENTRY AFTER DEPORTATION

in violation of Title 8 United States Code, Section(s) 1326(a) and (b)(2)

Paula Farrell Pletcher
Name of Issuing Officer

Case Management Supervisor
Title of Issuing Officer

Paula Pletcher
Signature of Issuing Officer

May 10, 2006
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at Residence by ICE | | |
| DATE RECEIVED 05/10/2006 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER CJ Wyant |
| DATE OF ARREST 05/15/2006 | | |

This form was electronically produced by John Etchalls and Richard Jones using Omniform Internet Publisher.