**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-63-01ML** |
| | ) | |
| **LUIS ANTONIO BAUTISTA-MEJIA** | ) | |

---

## MOTION TO CONTINUE SENTENCING

Now comes the accused, Luis Antonio Bautista-Mejia, by and through his counsel, and moves this Honorable Court to continue the sentencing in this matter presently scheduled for November 17, 2006 on the grounds that defense counsel needs additional time to consult with the defendant to review sentencing mitigation issues that the defendant has only recently brought up to defense counsel.

Wherefore, the defendant respectfully requests a continuance of three weeks to allow this additional consultation.

**LUIS ANTONIO BAUTISTA-MEJIA**,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Fax: (401) 528 - 4285
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I delivered a copy of the within to James Leavey, AUSA by way of ECF filing and by hand-delivery to Heather McLoughlin on November 13th, 2006.

/s/ Edward C. Roy, Esquire