**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-63-01ML** |
| | ) | |
| **LUIS ANTONIO BAUTISTA-MEJIA** | ) | |

---

**MOTION TO CONTINUE SENTENCING**

Now comes the accused, Luis Antonio Bautista-Mejia, by and through his counsel, and moves this Honorable Court to continue the sentencing in this matter presently scheduled for January 31, 2007 for an additional thirty days. In support of this motion, counsel states that the defendant has requested that counsel provide additional information to the Court in regards to his sentencing.

**LUIS ANTONIO BAUTISTA-MEJIA**,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Fax: (401) 528 - 4285
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I delivered a copy of the within to James Leavey, AUSA and Heather McLoughlin, USPO by way of ECF filing on January 30, 2007.

/s/ Edward C. Roy, Esquire