**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-63-01ML** |
| | ) | |
| **LUIS ANTONIO BAUTISTA-MEJIA** | ) | |

---

**NOTICE OF APPEAL**

Now comes the accused, Luis Antonio Bautista-Mejia, by and through his counsel, and notices his appeal of the Judgment and Conviction in this matter to the First Circuit.

**LUIS ANTONIO BAUTISTA-MEJIA**,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Fax: (401) 528 - 4285
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I delivered a copy of the within to James Leavey, AUSA by way of ECF filing and on February 9, 2007.

/s/ Edward C. Roy, Esquire