Luis Antonio B. Mejia
Wyatt Detention Facility
950 High Street
Central Falls, RI. 02863

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

XXX

USA

v.

LUIS ANTONIO B. MEJIA

XXX

DOCKET No. CR 06-00063-01ML

NOTICE OF APPEAL

The defendant, **Luis Atonio Bautista Mejia**, hereby, **pro se**, gives notice of appeal against the judgment and sentence imposed on him by the Honorable Mary Lisi in this Court.

**Respectfully Submitted,**

Luis Bautista

**Luis Antonio Bautista Mejia/Appellant**

I certify that a true copy of the foregoing has been mailed this 16th day of February 2007 via US. Certified Postal Service to each of the following:

**Assistance US. Attorney**
James H. Leavey, Esq.
50 Kennedy Plaza- 8th Floor
Providence, RI. 0903

**Defendant's Counsel**
Edward C. Roy
10 Weybosset Street, Suite 300
Providence, RI. 02903