# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name United States vs. Luis Bautista-Mejia
District Court Case No. 1:06-CR-63-ML District of Rhode Island
Date Notice of Appeal filed 2/9/07 Court of Appeals Case No. 07-1265
Form filed on behalf of Bautista-Mejia, Defendant/Appellant

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal ______
Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) ______

## TRANSCRIPT ORDER

Name of Court Reporter Karen Wischnowsky
Phone Number of Reporter ______

A. ______ **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

| | PROCEEDING(S) | HEARING DATE(S) |
|---|---|---|
| ☐ | Jury Voir Dire | |
| ☐ | Opening Statement (plaintiff) | |
| ☐ | Opening Statement (defendant) | |
| ☐ | Trial | |
| ☐ | Closing Argument (plaintiff) | |
| ☐ | Closing Argument (defendant) | |
| ☐ | Findings of Fact/Conclusions of Law | |
| ☐ | Jury Instructions | |
| ☒ | Change of Plea | 8-2-06 |
| ☒ | Sentencing | 1-31-07 |
| ☐ | Bail hearing | |
| ☐ | Pretrial proceedings (specify) ______ | |
| ☐ | Testimony (specify) ______ | |
| ☐ | Other (specify) ______ | |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. ______ **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

- ☐ Private funds.
- ☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
- ☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
- ☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
- ☒ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name Edward C. Roy, AFPD Filer's Signature ______
Firm/Address Federal Public Defender Office, 10 Weybosset St. Providence, RI 02903
Telephone number 401-528-4281 Date mailed to court reporter 2-26-07

(Court Reporter Use ONLY) Date received ______

Form CA1-10 (6/12/06) **SEE INSTRUCTIONS ON REVERSE**