MANDATE

Judge Lisi
USDCRI
06-00063

# United States Court of Appeals
## For the First Circuit

No. 07-1376

UNITED STATES,

Appellee,

v.

LUIS ANTONIO BAUTISTA-MEJIA, a/k/a Rodolfo de Jesus Bautista-Pimental, a/k/a Rodolfo Bautista Cordero, a/k/a Enrique Arturo Pena,

Defendant - Appellant.

**JUDGMENT**

Entered: March 16, 2007
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b). Defendant's appeal shall proceed under No. 07-1265.

Mandate to issue forthwith.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 3/16/07

By the Court:

Richard Cushing Donovan, Clerk

By MARGARET CARTER
Margaret Carter, Chief Deputy Clerk

[cc: Donald Lockhart, AUSA, Edward Roy Jr., AFPD, Luis Antonio Bautista-Mejia]